In the Matter of the Accounting of HARRY TYLER, as Temporary Committee of HELEN E. BULLIS, an Alleged Incompetent, Respondent. WILLIAM J. NILES, as Executor of HELEN E. BULLIS, Deceased, Appellant.—

Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ., concur.